IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JASON SMITH, et al. | : | CASE NO. 3:24cv229 |
| Plaintiffs, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| SPINNAKER INSURANCE COMPANY, et al. | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JASON SMITH | : | CASE NO. 3:24cv116 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| PENNYMAC LOAN SERVICES, LLC | : | |
| Defendant. | : | |

## ENTRY

The above captioned causes are consolidated under Case No. 3:24cv116, with all further filings to be made in that case. Case No. 3:24cv229 is to be administratively processed and, accordingly, terminated upon the docket of this Court.

November 19, 2024

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record