IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**JASON SMITH**  CASE NO. 3:24-cv-116

Plaintiffs,  **JUDGE WALTER H. RICE**

v.

**PENNYMAC LOAN SERVICES, LLC.**

Defendants.

---

### ORDER OF DISMISSAL; TERMINATION ENTRY

---

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

Date: 10/1/2025

_____
**WALTER H. RICE, JUDGE**
**UNITED STATES DISTRICT COURT**